UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Steven M Derdrick )

_____ )

_____ )

(Enter above the NAME of the )
plaintiff in this action.)

    v. )

Sullivan County Sheriffs )

Office )

Sheriff Jeff Casidy )

(Enter above the NAME of each )
defendant in this action.)

        )

<u>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS</u>
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( ✓ )

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: <u>Sullivan County Correctional Institution</u> <u>Cell 4</u>

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? <u>Filed two grievances. Asked why we didnt have, and can we get wet floor signs, better treatment</u>

2. What was the result? <u>Was told they would look for some nine days ago, still none, havent looked at my hips</u>

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

Case 2:26-cv-00154-KAC-CRW    Document 1    Filed 07/01/26    Page 2 of 7    PageID #: 2

2. What was the result? _____

_____

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Steven M. Deadrick

Present address: 130 Blountville Bypass, Sullivan County Corrections

Permanent home address: 346 Wheatly St Kingsport TN 37660

Address of nearest relative: NA

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Sullivan County Sheriffs Office, Jeff Cassidy

Official position: Sheriffe

Place of employment: Sullivan County Sheriffes Office

C. Additional defendants: Officer Bernard

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 6-13-26 I was taken out of the cell called by Officer Bernard to have my suger checked at 4:30 am when I stepped

3

out into the hall the trustee had mopped the floor in front of cell 6. I took a right turn coming out of cell 6, slipped on the wet floor, there wasn't any wet signes present. I landed on my hips, and back I laid there for five minets without any help from Officer Bernard, which is on camera. A couple of cellmates Harvey Napier, and Mike Hess came into the hallway and helped me up. I didnt feel anything was wrong with me at the moment. Officer S. Wilson then asked if I was alright. I told him I thought I was Ok then went to get suger checked. Then I came back to the cell, ate breakfast then went back to sleep at 5:00 am. Next I woke up around 7:30 and my right hip began to feel sore. I filled out a sick call to see a nurse and they didnt holler back that day. I took a shower and the more I stood the more the pain came. I didnt see a nurse for two more days. Without look at me nurse Julie said she didnt think I was hurt then orderd some Ibuprofin for three days. The next day I started meds, they ended Thursday, but then gave me some more friday night. On 6-17 I noticed bruses on my hips. I asked several in medical to take pictures, they wouldnt or did they even look. 5-19 my hips are still hurting so I have to fill out another $10.00 sick call in the morning 6-22. I filled out another sick call around 7:30 am on 6-22. I went to see the nurse Julie at 9:30 am, I told her my hip was still hurting me from the fall that happened on saterday morning on 6-13-26.

She told me it would take a little longer to heel because I was older and gave me some kinds of cream to rub on my hips. Next she toll me to stend and take a few steps forward then beckwards and touched me on the right side of my hip and toll me, no wonder my hips were bruised because I was so skinny and didnt have any meat on my bones. This is the second time I went on a sick call that I complained about my hips and no one has even looked at the bruises on my hips, Why wont they even look? The morning of the 23rd I almost slipped coming back to the cell again befor breakfast. That night I was seen by nurse Julie wich the finally looked at me gave me some cream. I am still in very much pain. They havent done any exrays.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

_____

_____

_____

_____

_____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___June___ day of ___24___, 20_26_.

_____
Signature of plaintiff(s)

5

Steven M. Deadrick
PO Box 610 Blountvill Bypass
Blountville TN 37617



CHARLOTTE NC LPC 281

26 JUN 2026  PM 2  L

THE WRITER IS A RESIDENT
OF A CORRECTIONAL FACILITY

FOREVER / USA

Federal Court House
220 West Depo St
Greenville TN 37743